PER CURIAM.

(No. 75-CC-910—

SERVICE-ALL INC., Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC HEALTH, Respondent.

*Opinion filed April 11, 1975.*

SERVICE-ALL INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

505

Per Curiam.